UNITED STATES BANKRUPTCY COURT
Western District of Illinois

IN RE:                                              CHAPTER 13

JOHN J. NAILL                                       CASE NO. 11-82481

### NOTICE OF FINAL CURE PAYMENT AND COMPLETION OF PLAN PAYMENTS

Pursuant to Federal Bankruptcy Rule 3002.1(f), the Chapter 13 Trustee, Lydia S. Meyer, files Notice that the amount required to cure the default in the below claim has been paid in full and the debtor has completed payments under the Plan.

**Name of creditor:**    M&T Mortgage Corporation            **Court claim #: 8**

**Last four digits** of any number used to identify the debtor's account: 9836 / 1625

*Final Cure Amount*

| | |
|---|---|
| Amount of Prepetition Arrears | $1615.66 |
| Amount Paid by Trustee | $1615.66 |

*Monthly ongoing Mortgage Payment*

Mortgage is paid:

☐   Thru the Chapter 13 Plan         ☒   Direct by Debtor(s)

Within 21 days of the service of this Notice, the creditor **MUST** file and serve a Statement as a supplement to the holders' proof of claim on the debtor, debtor's counsel and the trustee, pursuant to Federal Bankruptcy Rule 3002.1 (g), indicating: 1) whether it agrees that the debtor has paid in full the amount required to cure the default and 2) whether the debtor is otherwise current on all payments consistent with 11 USC ¶1322(b)(5).

Dated:  8/11/2016                       /s/Lydia S. Meyer
                                        Lydia S. Meyer, Trustee
                                        308 W. State St., Suite 212
                                        Rockford, IL  61101

Certificate of Service
    I hereby certify that a copy of this Notice of Final cure Payment and Completion of Plan Payments was served on the parties listed below by ordinary US Mail or served electronically through the Court's ECF System at the email address registered with the Court on this 11th Day of August, 2016.

Dated:  8/11/2016                       /s/Cynthia K. Burnard

M & T MORTGAGE CORPORATION
ATTN: PAYMENT PROCESSING DEPARTMENT
PO BOX 1288
BUFFALO, NY 14240-1288

BAC HOME LOANS SERVICING
ATTN:  CUST. SERVICE CA6-919-01-41
PO BOX 5170
SIMI VALLEY, CA  90362-5170

BANK OF AMERICA NA
BANKRUPTCY DEPT MC: CA6-919-01-23
400 NATIONAL WAY
SIMI VALLEY, CA 93065

CODILIS & ASSOCIATES PC
BANKRUPTCY DEPARTMENT
15W030 N FRONTAGE RD SUITE 100
BURR RIDGE, IL 60527

JOHN J. NAILL
2020 BARNABY DRIVE
LOVES PARK, IL  61111

BALSLEY & DAHLBERG LLP
5130 NORTH SECOND STREET
LOVES PARK, IL 61111